IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ANASTASIA M. HIGGINS PLAINTIFF

v. Civil No. 3:26-CV-03001-MEF

FRANK BISIGNANO, Commissioner,
Social Security Administration DEFENDANT

**FINAL JUDGMENT**

This cause is before the Court on Plaintiff's complaint for judicial review of an unfavorable, final decision of the Commissioner of the Social Security Administration regarding Plaintiff's application for a supplemental security income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law, and oral argument having been waived, finds as follows:

For the reasons announced by the Court on the record on this date, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

IT IS SO ORDERED on this 19th day of November 2026.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE